## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LIPITOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 2322<br>Master Docket No.: 12-2389 (PGS)(DEA)<br><br><br>XXXXXXXXXXXXXXXXXXXX |
| CÉSAR CASTILLO, LLC individually and on behalf of all persons similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>PFIZER, INC., PFIZER MANUFACTURING IRELAND, WARNER-LAMBERT COMPANY, RANBAXY, INC., RANBAXY PHARMACEUTICALS, INC., and RANBAXY LABORATORIES LIMITED,<br><br>                Defendants. | Civil Action No. 20-6255 (BRM) (TJB)<br><br>*Document Filed Electronically* |

## ORDER REGARDING CONSOLIDATION

**THIS MATTER,** having jointly come before the Court by Plaintiff César Castillo, LLC ("CCI"), Defendants Pfizer, Inc. Pfizer Manufacturing Ireland, Warner-Lambert Company (collectively, "Pfizer"), and Defendants Ranbaxy Inc., Ranbaxy Laboratories Limited, and Ranbaxy Pharmaceuticals, Inc. (collectively, " Ranbaxy"), by and through their respective counsel, for an order directing the Clerk of the Court to docket the above matters as consolidated cases pursuant to paragraph 7 of the Case Management Order in Civil Action No. 12-2389 (ECF No. 109); and all counsel having consented to this Order; and for other and good cause having been shown,

**IT IS** on this __16th__ day of __July_____, 2020,

**ORDERED** that the Clerk of the Court is hereby directed to docket the above-captioned cases (collectively, the "Consolidated Actions") as consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court; and it is further

**ORDERED** that Civil Action No. 12-2389 shall be the Lead Case and effective upon entry of this order, all filings in the Consolidated Actions are to be made only in Civil Action No. 12-2389.   The Clerk of Court shall designate Civil Action No. 20-6255, as closed for administrative purposes; and it is further

**ORDERED** that all filings in the Consolidated Actions shall bear the following caption:

| IN RE LIPITOR ANTITRUST LITIGATION | MDL No. 2322<br>Master Docket No.: 12-2389 (PGS)(DEA) |
|---|---|

_s/Douglas E. Arpert, USMJ_